## EX PARTE WAPLES.

ORIGINAL.

No. 10.  Original.  Argued December 19, 20, 1870. — Decided January 9, 1871.

*Ex parte Graham,* 10 Wall. 541, followed.

PETITION for writ of prohibition.  The case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court.

The facts are the same in this case, and the same questions are involved, as in the preceding case of *Ex parte Graham and Day,* No. 9, just decided, 10 Wall. 541, and this case is disposed of in the same way.  The same entry will be made in both cases.

*Mr. Thomas J. Durant* for petitioner.

*Mr. Caleb Cushing* opposing.

---

## GARNETT v. UNITED STATES.

ERROR TO THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 15.  Reargued February 8, 9, 1871. — Decided March 6, 1871.

*Garnett* v. *United States,* 11 Wall. 256, followed.

THE case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court.

This also is a writ of error to the Supreme Court of the District of Columbia.

The record discloses the same error which has been considered in the preceding case, No. 14, and the same results must follow.

*Mr. Caleb Cushing* for plaintiff in error.

*Mr. Attorney General* for defendant in error.